IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00219-O |
| | § | |
| LA SIRENA RESTAURANT LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Default Judgment against La Sirena Restaurant, LLC, individually, and d/b/a La Sirena Mexican Seafood and Bar, and d/b/a La Sirena Restaurant, and Cruz Torres (ECF No. 19) is **GRANTED**.

**SO ORDERED** this **30th day** of **April, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE